```
 1  Ian A. Bardin (SBN 43214)
    Ian@bardinlaw.com
 2  LAW OFFICES OF IAN A. BARDIN
 3  212 Yacht Club Way, Suite A4
    Redondo Beach, California  90277
 4  (310) 318-9200 Telephone
 5  (310) 943-2430 Facsimile
    Attorneys for Plaintiff, PAUL LANDSOM
 6
 7  Jeffery J. Carlson (SBN 60752)
    Carlsonj@cmtlaw.com
 8  J. Grace Felipe (SBN 190893)
 9  Felipeg@cmtlaw.com
    CARLSON & MESSER LLP
10  5959 W. Century Boulevard, Suite 1214
11  Los Angeles, California 90045
    (310) 242-2200 Telephone
12  (310) 242-2222 Facsimile
13  Attorneys for Defendant, MERIDIAN FINANCIAL SERVICES, INC.
```

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| Paul Landsom, | Case No: 8:14-cv-01614-AG-JCG |
|---|---|
| Plaintiff, | **STIPULATION RE: DISMISSAL OF ENTIRE ACTION AND ALL PARTIES WITH PREJUDICE, PURSUANT TO FRCP 41(a)(1)** |
| vs. | |
| Meridian Financial Services, Inc.; Park City Homeowners Timeshare, Inc. and DOES 1 through 10, inclusive, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Plaintiff PAUL LANDSOM

and Defendant MERIDIAN FINANCIAL SERVICES, INC., ("Defendant")

through their respective counsel of record, that the above-entitled action shall be dismissed in its entirety, with prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the *Federal Rules of Civil Procedure* and pursuant to the signed Agreement of the parties. Each party shall bear its own costs and expenses.

DATED: November 7, 2014          LAW OFFICES OF IAN A. BARDIN

                                 By: /s/ Ian A. Bardin
                                     Ian A. Bardin
                                     Attorneys for Plaintiff,
                                     PAUL LANDSOM

DATED: November 7, 2014          CARLSON & MESSER LLP

                                 By: /s/ J. Grace Felipe
                                     Jeffery J. Carlson
                                     J. Grace Felipe
                                     Attorneys for Defendant,
                                     MERIDIAN FINANCIAL
                                     SERVICES, INC.